# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brent Hubbard,<br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br>　　　　　　　Defendants. | Case No. 2:21-cv-02037-RFB-DJA<br><br>**Order** |

  Before the Court is Brent Hubbard's counsel's—Robert Cottle, Esq. of The Cottle Law Firm—motion to withdraw.  (ECF No. 11).  Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b).  "The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion." LR IA 11-6(b).

  The Court finds that Hubbard's counsel has met the requirements of LR IA 11-6(b). Robert Cottle, Esq. indicates that irreconcilable differences have developed between Hubbard and counsel and continued representation will result in undue hardship, financial stress, and other difficulties.  Additionally, fourteen days have now passed since counsel filed the motion and Hubbard has not responded.  There are no pending motions and the next deadline—to amend pleadings or add parties—is not until March 4, 2022.  There is thus a lessened danger of prejudice to Hubbard.

  The Court will require that Hubbard advise the Court if he intends to retain new counsel or proceed *pro se*.  Filing a notice of new counsel on or before **Friday, February 25, 2022** is sufficient to comply with the Court's order.  Failure to respond may result in a recommendation

to the United States District Judge assigned to this case that dispositive sanctions be issued against Hubbard, including dismissal of this action.

**IT IS THEREFORE ORDERED** that Hubbard's counsel's motion to withdraw (ECF No. 11) is **granted**.

**IT IS FURTHER ORDERED** that Hubbard shall advise the Court if he will retain new counsel or proceed *pro se* by **Friday, February 25, 2022**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to add Hubbard's last known address to the civil docket and send a copy of this order to Hubbard's last known addresses:

**Brent Hubbard**
5319 N. 25th Street
Omaha, Nebraska 68111
(402) 676-1981

DATED: January 26, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE