# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brent Hubbard,<br><br>Plaintiff,<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>Defendants. | Case No. 2:21-cv-02037-RFB-DJA<br><br>**Order** |

On January 26, 2022, the Court granted Plaintiff's counsel's motion to withdraw. (ECF No. 12). In that order, the Court required Plaintiff to inform the Court whether he would proceed *pro se* or retain counsel by February 25, 2022. (*Id.*). That deadline has since passed, and the Court has had no contact from Plaintiff. The Court thus orders Plaintiff to show cause why he has not filed a notice with the Court informing it whether he intends to retain new counsel or proceed *pro se*. If Plaintiff does not comply with this Order, the Court will recommend that this action be dismissed. *See McClure v. Fessler*, 57 Fed.Appx. 727, 727 (9th Cir. 2003) ("the district court may dismiss a case *sua sponte* for failure to prosecute.").

**IT IS THEREFORE ORDERED** that Plaintiff must file a response to this Order within thirty days—by **Friday, May 20, 2022**. Plaintiff must show cause why he has not complied with the Court's order requiring him to inform the Court whether he will retain new counsel or proceed *pro se*. The Clerk of Court is kindly directed to mail Plaintiff a copy of this Order.

**IT IS FURTHER ORDERED** that, should Plaintiff not file a response within thirty days from the date of this Order, the Court will recommend dismissal of this action.

DATED: April 20, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE